IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RICKEY A. NIBLET,        ) | |
|           Plaintiff,     ) | |
|                          ) | |
| v.                       ) | 3:10-CV-0120-K |
|                          ) | |
| GULFSTREAM AEROSPACE,    ) | |
|           Defendant.     ) | |

## ORDER ACCEPTING THE FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Plaintiff's "Motion to Compel Arbitration" is **GRANTED**. Plaintiff's Motion to Transfer Venue is **DENIED AS MOOT**. The parties shall submit this case to arbitration, and this case is stayed and administratively closed pending arbitration.

There appears to be no further reason at this time to maintain the file as open for statistical purposes. The Clerk is therefore instructed to submit a JS-6 form to the Administrative Office, thereby removing this case from the statistical records.

Nothing in this Order shall be considered a dismissal or disposition of this case,

and when arbitration is complete, any party or the Court may initiate such further proceedings in the same manner as if this Order had not been entered.

Signed July 23, 2010.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE